# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-00018-JCM-GWF |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | (Mtn to Modify - Dkt. #61) |
| MARIA LIMON, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant Maria Limon's Motion to Modify Conditions of Pretrial Release (Dkt. #61) filed on February 15, 2013. The government has not opposed the Motion, and the time for filing a response has now run.

Defendant is charged in an Indictment (Dkt. #1) with conspiracy in violation of 18 U.S.C. § 1349 and giving a false statement to the Federal Bureau of Investigation in violation of 18 U.S.C. § 1001(a)(2). She made an initial appearance on January 16, 2013, and was released on conditions under Pretrial Services' supervision. *See* Minutes of Proceedings (Dkt. #38). As part of Defendant's release conditions, she was ordered to surrender her passport and undergo psychiatric testing and treatment as deemed necessary by Pretrial Services. Defendant has been and is currently being treated by a physician in Mexico who has prescribed medication, and she has filled that prescription in Mexico, where medications can be purchased at a much lower cost than in the United States.

Defendant has been compliant with the conditions of her release, and she asserts that a more relaxed condition concerning her travel restrictions would better enable her to meet the court's psychiatric treatment condition. Therefore, Defendant requests the court modify her pretrial release conditions to allow her to travel to Mexico for the purpose of purchasing necessary medication. The

government has not opposed her request and Pretrial Services reports the Defendant has been compliant with her release conditions.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that Defendant Maria Limon's Motion to Modify (Dkt. #61) is GRANTED, and Defendant's conditions of pretrial release are modified as follows:

(1) Defendant is permitted to travel to Mexico for the purpose of seeing her treating physician and obtaining necessary medication so long as she gives Pretrial Services advanced notification of her travel plans and receives advanced approval from her Pretrial Services Officer.

(2) Defendant's Pretrial Services Officer shall retain custody of Defendant's passport and shall provide it to her as required for Defendant's travel.

(3) Upon acquisition of her necessary medication in Mexico, Defendant shall immediately return to the District of Nevada, where she shall forthwith check in with her Pretrial Services Officer and return her passport to Pretrial Services' custody.

Dated this 6th day of March, 2013.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE